CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 31 2016

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| ZHENLI YE GON, | ) | CASE NO. 7:16CV00402 |
|     Petitioner, | ) | |
| v. | ) | FINAL ORDER |
| | ) | |
| FRANK E. DYER III, | ) | By: Hon. Glen E. Conrad |
| GERALD S. HOLT, | ) | Chief United States District Judge |
| LORETTA E. LYNCH, and | ) | |
| JOHN F. KERRY, | ) | |
|     Respondents. | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

ADJUDGED AND ORDERED

as follows:

1. The respondents' motion to dismiss (ECF No. 4) is **GRANTED**, and the petition for a writ of habeas corpus under 28 U.S.C. § 2241 (ECF No. 1) is **DISMISSED WITH PREJUDICE** for abuse of the writ;

2. The petitioner's emergency motions for stay of extradition (ECF Nos. 2 and 6), and his attorney's motion to appear pro hac vice (ECF No. 3) are **DISMISSED** as moot; and

3. The clerk shall **STRIKE** the case from the active docket of the court.

ENTER: This 31st day of August, 2016.

                                             /s/ Glen E. Conrad
                                      Chief United States District Judge